# UNITED STATES DISTRICT COURT

for the

Central District of California

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
United States Postal Service Priority Mail Express parcels bearing tracking number 9405 5092 0556 8227 2755 64

Case No. 8:22-MJ-00651

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. §§ 841(a)(1), 843(b) | See attached Affidavit |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

❒ Delayed notice of ____ days (give exact ending date if more than 30 days: ________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Joseph Weidenkopf
*Applicant's signature*

Joseph Weidenkopf, United States Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____________

____________
*Judge's signature*

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Brett Sagel x3598

# AFFIDAVIT

I, Joseph Weidenkopf, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a search warrant to search a United States Postal Service "USPS") parcel bearing label number 9405 5092 0556 8227 2755 64 (the "SUBJECT PARCEL"), described below and in Attachment A, for the items listed in Attachment B. The items to be seized constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

2. The SUBJECT PARCEL is currently in the custody of the United States Postal Inspection Service ("USPIS") in Santa Ana, California.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND FOR POSTAL INSPECTOR JOSEPH WEIDENKOPF

4. I am a Postal Inspector with USPIS and have been so employed since August 2015. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of drug trafficking via the United States Mail. I am currently assigned to the USPIS Los Angeles Division, Contraband Interdiction and Investigations team. For three years I was previously assigned to the Parcel Task Force, which was comprised of Postal Inspectors and narcotics officers and detectives from the Los Angeles Police Department's ("LAPD") Gang and Narcotics Division. The Parcel Task Force was responsible for investigating drugs trafficked in parcels, including via the United States mails. I spent one year as a Task Force Agent with the Drug Enforcement Administration's Enforcement Group 2 in the Los Angeles Field Division. I completed a forty-hour specialized USPIS narcotics training course and a forty-hour LAPD narcotics school training course. I have instructed at the LAPD narcotics school on multiple occasions.

5. Before becoming a Postal Inspector, I was employed as a Special Investigator retained by the United States Office of Personnel Management for seven and a half years, where I conducted civil service and national security investigations.

## III. PARCEL TO BE SEARCHED

6. This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcel (hereinafter referred to

as the "SUBJECT PARCEL"). The SUBJECT PARCEL is currently secured at the USPIS office located at 615 N. Bush Street, Santa Ana, California:

The SUBJECT PARCEL, as described in Attachment A and incorporated herein by reference, is a United States Postal Service Priority Mail 3-Day parcel bearing tracking number 9405 5092 0556 8227 2755 64. The SUBJECT PARCEL is a white priority mail large flat rate box. The SUBJECT PARCEL was postmarked on August 31, 2022, in Santa Ana, California. The recipient address listed on the SUBJECT PARCEL is "Minjae Phomsya, 934 S. 3rd Ave, Yakima, WA, 98902." The sender address listed on the SUBJECT PARCEL is "Curely Wholesale, 1731 Ritchey St, Santa Ana, Ca, 92705."

## IV. ITEMS TO BE SEIZED

7. The items to be seized from the SUBJECT PARCEL constitute fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b). The items to be seized are identified in Attachment B and are incorporated herein by reference.

## V. STATEMENT OF PROBABLE CAUSE

### A. Background

8. Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

a. The greater Los Angeles area is a major source area for drugs. As such, drugs are frequently transported from

the region via the United States Mail, and the proceeds from drug sales are frequently returned to Los Angeles through the mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.

b. Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product. Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery. Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

9. The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

b. The parcel bears a typed label, whether USPS Express Mail or Priority Mail;

c. The handwritten label on the parcel does not contain a business account number;

d. The seams of the parcel are all taped or glued shut;

e. The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

10. Parcels exhibiting such indicia are often examined further, which may include verification of the addressee and return addresses. I know from my training and experience that drug traffickers often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B. Initial Investigation of the SUBJECT PARCEL**

11. Based on speaking with Detective Gutierrez, who works with USPIS on narcotics investigations, and from reading supporting documentation, I know the following.

12. On September 16, 2022, a United States Postal Post Office Supervisor contacted the United States Postal Inspection Service regarding a suspicious request by a customer. A mail carrier ("Carrier 1") assigned to his post office informed him me that another one of his coworkers ("Carrier 2") asked him for the SUBJECT PARCEL. Carrier 2 was contacted by his customer, known as Kevin, who lives at 1901 East 1st Street, apartment 354, Santa Ana, California. Carrier 2 told Carrier 1 that Kevin

asked Carrier 2 to retrieve the SUBJECT PARCEL for him and to deliver it to his apartment. The USPS Supervisor stated this raised a red flag for him because he knew that 1901 E. 1st Street has been on the radar for fraudulent parcels containing narcotics.

13. On the same date, TFO Gutierrez responded to the post office located at 2201 N. Grand Ave, Santa Ana, California and retrieved the SUBJECT PARCEL for further inspection. He noticed the address label was printed.

14. Detective Gutierrez noticed that the SUBJECT PARCEL possessed the following suspicious characteristic: the SUBJECT PARCEL was taped on all seams, which is a common practice for drug traffickers to utilize to prevent the odor of narcotics from escaping.

15. On September 22, 2022, Detective Gutierrez conducted an ACCURINT[1] database check using the recipient information listed on SUBJECT PARCEL: "Minjae Phomsya, 934 S 3rd Ave, Yakima, WA, 98902." Based on that check, Detective Gutierrez determined that "Minjae Phomsya" is not associated with the listed address. Detective Gutierrez then conducted a check of the listed sender address, "Curely Wholesale, 1731 Ritchey St, Santa Ana, Ca, 92705." Records indicated that "Curely Wholesale Electric" is associated with the address.

16. On September 22, 2022, Detective Gutierrez contacted Curely Whole Electric and spoke with Patrick Curley. Curley

[1] ACCURINT is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

stated they did not send or ship a parcel to Yakima, Washington and had no knowledge of Minjae Phomsya. He stated the SUBJECT PARCEL does not belong to him or his company.

**C. Positive Drug-Detection Dog Hit on the SUBJECT PARCEL**

17. On September 20, 2022, I observed Detective Gutierrez and his certified drug-detection dog, "Poppy," examined the exterior of the SUBJECT PARCEL. Detective Gutierrez told me that Poppy positively alerted to the SUBJECT PARCEL, indicating the presence of drugs or other items such as the proceeds from the sale of drugs, which have been recently contaminated by or associated with the odor of drugs. Attached as Exhibit 1, and incorporated by reference, is a true and correct copy of information provided to me by Detective Gutierrez regarding Poppy's training and history in detecting drugs, as well as the examination of the SUBJECT PARCEL.

## VI. CONCLUSION

18. For all the reasons above, there is probable cause to believe that the Subject Parcel, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
September 23, 2022.

_______________________________

HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## PARCEL TO BE SEARCHED

1. The SUBJECT PARCEL is a United States Postal Service Priority Mail 3-Day parcel bearing tracking number 9405 5092 0556 8227 2755 64. The SUBJECT PARCEL is a white priority mail large flat rate box. The SUBJECT PARCEL was postmarked on August 31, 2022, in Santa Ana, California. The recipient address listed on the SUBJECT PARCEL is "Minjae Phomsya, 934 S. 3rd Ave, Yakima, WA, 98902." The sender address listed on the SUBJECT PARCEL is "Curely Wholesale, 1731 Ritchey St, Santa Ana, Ca, 92705."

**ATTACHMENT B**

ITEMS TO BE SEIZED

1. The following items are to be seized from the SUBJECT PARCEL described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

a. Any controlled substances;

b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1000; and

c. Packaging material.

# Exhibit 1

**AFFIDAVIT**

**HANDLER GABRIEL GUTIERREZ**
**AND K9 "POPPY"**

I am currently employed by the Santa Ana Police Department, and assigned as a Detective to the Vice/Narcotics Unit. As of April 7th, 2021, I was assigned as a Narcotic Detection Canine Handler. “Poppy” who is a 2 year old female Black Labrador Retriever, was acquired by the Santa Ana Police Department on April 7th, 2021. Subsequently, I was assigned as POPPY’S full-time canine handler on this day.

POPPY and I have received training as a Narcotic Detection Canine Team by “Scenturion Canine Consulting LLC,” which is located in Fontana, California. Poppy and I completed 4 weeks of formal Narcotic Detection Training taught by “Scenturion Canine Consulting LLC” from April 12, 2021 through May 6th, 2021. During that time, POPPY has been trained to detect and alert to the odors of Marijuana, Methamphetamine, Cocaine, Heroin, MDMA (Ecstasy) and their derivative. POPPY has been trained to show a “passive alert” in response to detecting any of these narcotic odors. Prior to her final alert POPPY will often make sudden change of direction towards the source of the odor, her breathing pattern will change and she may take several deep inhalations through his nose, and then appear to stop taking breaths. Also, without direction, POPPY may also jump up into and/or crawl under obstacles to get closer to the source of the odor(s). This passive alert may also indicate item(s) that may have recently been contaminated with the odor of one or more of the aforementioned narcotics for which POPPY has been trained to detect.

Also, while training at “Scenturion Canine Consulting LLC,” POPPY and I completed over 400 narcotic related and “blank” sniffs. These sniffs consisted of commercial buildings, residential homes, vehicles, transport trucks, packages/parcels, luggage, and many other different types of structures and objects. During these training sessions, the “training aids” were concealed in various locations, inside and/or outside, and POPPY was used to detect and locate them. POPPY and I, have also conducted sniffs where there were no narcotics present (blanks), and POPPY did not adversely alert to these locations that were deemed blank.

On May 6th, 2021, POPPY and I passed the initial California POST certification process through “CNCA,”which was conducted by a recognized CNCA Certified K9 trainer/instructor, to detect the odors of Marijuana, Methamphetamine, Cocaine, Heroin, MDMA (Ecstasy) and their derivative. It was on this day, POPPY and I became a CA POST Certified Narcotics Detection Team. On January 14th, 2022, POPPY and I re-certified as a CA POST Certified Narcotics Detection Team through “CNCA”. I am also a current member of the California Narcotics Officers Association (CNOA).

.

On 9/20/22 at 1019 hours, Postal Inspector J. Weidenkopf asked the assistance of K9 Poppy and I in a narcotic parcel investigation. K9 Poppy alerted to the presence of the odorof an illegal drug emitting from the following:

USPS Parcel: 9405 5092 0556 8227 2755 64

Addressed To: Minjae Phomsya
934 S 3rd Ave
Yakima, WA 98902

Detective Corporal G. Gutierrez #3252
Santa Ana PD

EXHIBIT